**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Guy, | No. CIV S-03-1208 DFL CMK P |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| Cheryl Pliler, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 5, 2003 . On July 1, 2003, the court dismissed plaintiff's complaint with leave to amend. Plaintiff was cautioned that failure to file an amended complaint would result in an recommendation that this action be dismissed. To date, plaintiff has not filed an amended complaint.

///
///
///
///
///

1    IT IS ORDERED that plaintiff shall show cause in writing, within 20 days of the
2 date of service of this order, why findings and recommendations recommending dismissal of
3 plaintiff's complaint for failure to amend should not issue.

4

5 DATED: October 20, 2005.

6

7                                                     _____
                                                      **CRAIG M. KELLISON**
8                                                     UNITED STATES MAGISTRATE JUDGE