IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM GUY, | | No. CIV S-03-1208-RRB-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| D. KIMBRELL, et al., | | |
| | Defendants. | |
| _____/ | | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for a scheduling order (Doc. 39).

   A scheduling order was issued September 4, 2007 (Doc. 33). Therefore, this request will be denied. In the event plaintiff did not receive a copy of the scheduling order, the Clerk of the Court will be directed to provide a copy to plaintiff. The remaining dates in the scheduling order, however, will be vacated as discussed below.

   Also before the court is a motion for judgment on the pleadings (Doc. 38) filed December 31, 2007. Plaintiff's opposition to this motion is currently due January 22, 2008. Plaintiff's request for a scheduling order will be construed as a request for additional time to

1 respond, which will be granted.  Because this motion may be dispositive of the entire case, the
2 remaining dates in the scheduling order will be vacated.  If the motion for judgment on the
3 pleadings is denied, the court will issue a new scheduling order.  To be sure that plaintiff is clear
4 about the status of this case, he is informed that discovery was closed December 21, 2007.  All
5 other dates in the scheduling order will be vacated, including the deadline for pretrial motions
6 and  the pretrial conference.  These dates will be reset if necessary.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Plaintiff's request for a scheduling order (Doc. 39) is denied;

       2.    The Clerk of the Court is directed to provide plaintiff a copy of the scheduling order (Doc. 33) filed September 4, 2007;

       3.    Plaintiff's request is construed as a request for additional time to respond to the motion for judgment on the pleadings (Doc. 38), which is granted;

       4.    Plaintiff shall have 30 days from the date of this order to respond to the motion for judgment on the pleadings; and

       5.    The remaining dates in the scheduling order (Doc. 33) are vacated.

DATED:  January 14, 2008

                                                                               
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE