IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY, | No. CIV S-03-1208-RRB-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| D. KIMBRELL, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to respond to defendant's motion for judgment on the pleadings (Doc. 42), filed on February 1, 2008.

Defendant's motion was filed on December 31, 2007. Plaintiff was previously granted an extension of time to respond to the motion on January 15, 2008. Plaintiff now seeks an additional 30-day extension of that deadline. Good cause appearing therefor, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

1

2. Plaintiff shall file an opposition to defendant's motion for judgment on the pleadings within 30 days of the date of service of this order.

DATED: February 12, 2008

```
                                     _____
                                     CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE
```