IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GUY,   No. CIV S-03-1208-RRB-CMK-P

    Plaintiff,

  vs.   ORDER

D. KIMBRELL, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request to have his deposition retaken (Doc. 43). Plaintiff indicates that he was on medication during his deposition that may have interfered with his ability to respond accurately to the questions posed to him. Prior to ruling on this request, the court requests defendants to file a response to the request within 20 days. Specifically, defendants are requested to notify the court if they are willing to re-depose plaintiff.

    IT IS SO ORDERED.

DATED: February 19, 2008

                                                        _____
                                                        CRAIG M. KELLISON
                                                        UNITED STATES MAGISTRATE JUDGE