IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GUY,** | Case No.: CIV S-03-1208 DFL CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. KIMBRELL, et al.,** | |
| Defendants. | |

On March 17, 2008, Defendants filed a motion for extension of time to file their reply to Plaintiff's opposition to their motion for judgment on the pleadings. For good cause shown, Defendants are granted an extension of time, up to and including March 28, 2008, in which to file their reply brief.

DATED: March 26, 2008

                                                                _____
                                                                **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE